```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 16575
    EDWIN RODRIGUEZ
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3151

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/28/2004 and was confirmed 06/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  59.79%.

     The case was paid in full 09/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CITIBANK NA              CURRENT MORTG         .00           .00            .00
MUEBLERIA CONTINENTAL    SECURED            500.00         27.03         500.00
MUEBLERIA CONTINENTAL    UNSECURED OTH     2003.30           .00        1197.91
AMERICAN GENERAL FINANCE UNSECURED         7361.37           .00        4401.36
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED          .00            .00
CITIBANK NA              SECURED NOT I    53744.80           .00            .00
TIMOTHY K LIOU           DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN               TRUSTEE                                         464.49
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  8,790.79

PRIORITY                                            .00
SECURED                                          500.00
     INTEREST                                     27.03
UNSECURED                                      5,599.27
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             464.49
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                   8,790.79              8,790.79




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 16575 EDWIN RODRIGUEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/03/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |